# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

## FINAL JUDGMENT

October 16, 2024

Before

MICHAEL Y. SCUDDER, *Circuit Judge*
JOHN Z. LEE, *Circuit Judge*
NANCY L. MALDONADO, *Circuit Judge*

| | |
|---|---|
| No. 24-1233 | JACOB R. CABLE,<br>　　　　　Plaintiff - Appellant<br><br>v.<br><br>KURARAY AMERICA, INC, et al.,<br>　　　　　Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 3:22-cv-01031-DRL-MGG<br>Northern District of Indiana, South Bend Division<br>District Judge Damon R. Leichty | |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**    (form ID: **132**)